UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
2015 APR -1 PM 12: 46

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NO. |
| Plaintiff, | SA15CR0250G |
| v. | **INDICTMENT** |
| JESSICA ORTIZ,<br>a/k/a Jessica Montemayor-Montalvo,<br>Jessica Montemayor-Ortiz, | [Vio: 8 USC § 1326(a) & (b)(1)<br>Illegal Re-entry into the<br>United States] |
| Defendant. | |

THE GRAND JURY CHARGES:

**COUNT ONE**
[8 U.S.C. § 1326(a) & (b)(1)]

That on or about March 12, 2015, in the Western District of Texas, Defendant,

JESSICA ORTIZ,
a/k/a Jessica Montemayor-Montalvo,
Jessica Montemayor-Ortiz,

an alien, attempted to enter, entered, and was found in the United States having previously been denied admission, excluded, deported, and removed from the United States on or about April 22, 2011, and that the Defendant had not received consent of the Attorney General of the United States or the Secretary of Homeland Security, to reapply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a) & (b)(1).

A TRUE BILL.

_____
FOREPERSON OF THE GRAND JURY

RICHARD L. DURBIN, JR.
ACTING UNITED STATES ATTORNEY

BY: _____
JUDITH A. PATTON
Assistant U.S. Attorney